**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1415**

JOSEPH M. RUSSELL,

            Plaintiff - Appellant,

      v.

COMMONWEALTH OF VIRGINIA; RUDOLPH BUMGARDNER, III; D. ARTHUR
KELSEY; WILLIAM G. PETTY; M. LANGHORNE KEITH,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.    Jerome B. Friedman,
District Judge. (4:09-cv-00029-JBF-DEM)

Submitted:  October 19, 2010       Decided:  October 25, 2010

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph M. Russell, Appellant Pro Se.  Christy Monolo, OFFICE OF
THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph M. Russell appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Russell v. Virginia</u>, No. 4:09-cv-00029-JBF-DEM (E.D. Va. March 23, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>